# WEBSTER SZANYI LLP
### ATTORNEYS AT LAW

Michael P. McClaren
Partner

March 14, 2006

**VIA FACSIMILE**

Honorable David G. Larimer
U.S. Courthouse
100 State Street
Rochester, New York 14614

      Re:    Solon Paul v. County of Orleans
              Index No.: 03-CV-6583

Dear Justice Larimer:

      Per the conversation my office had with your Law Clerk, David Chapus, I am writing to request a one week extension of time for Defendant's to file their Reply Memorandum of Law regarding their summary judgment motion, due to the fact that our associate, Frank Balon, was rushed to the hospital for an emergency appendectomy last night.

      If this is acceptable, please "So Order" this correspondence and have it filed with the Clerk.

      Please call with any questions.

Respectfully submitted,

*Michael P. McClaren /emm*

Michael P. McClaren

**SO ORDERED**

*[signature]*

Hon. David G. Larimer

March 14, 2006

/emm
cc:    Alfred P. Kremer, Esq. (Via Facsimile)
        Michele Romance Crain, Esq. (Via Facsimile)

1400 Liberty Building • Buffalo, New York 14202
Tel: (716) 842-2800 • Fax: (716) 845-6709
mmcclaren@websterszanyi.com